UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald G. Carman                                    Case No. 1:14 CV 2060

       Petitioner,                              JUDGE JAMES G. CARR

   v.

                                                        <u>JUDGMENT ENTRY</u>

State of Ohio,

       Respondent.

       This Court, having contemporaneously filed its Order in this case, orders that the Petition is denied and this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

                                                        S/James G. Carr
                                                        JAMES G. CARR
                                                        UNITED STATES DISTRICT JUDGE